PER CURIAM.
The petition for writ of habeas corpus is denied upon our finding that defendant failed to demonstrate ineffective assistance of appellate counsel. Darden v. Wainwright, 477 U.S. 168, 106 S.Ct. 2464, 91 L.Ed.2d 144, reh’g denied, 478 U.S. 1036, 107 S.Ct. 24, 92 L.Ed.2d 774 (1986); Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674, reh’g denied, 467 U.S. 1267, 104 S.Ct. 3562, 82 L.Ed.2d 864 (1984); Blanco v. Wainwright, 507 So.2d 1377 (Fla.1987); Knight v. State, 394 So.2d 997 (Fla.1981); State v. Stirrup, 469 So.2d 845 (Fla. 3d DCA), review denied, 480 So.2d 1296 (Fla.1985).
Petition denied.